### J. B. RUSSELL v. STATE.
### No. 21215.

Court of Criminal Appeals of Texas.

June 12, 1940.

George S. McCarthy, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of possessing a narcotic drug, to-wit, marihuana, and the waiver of a trial by jury, the court assessed his penalty at three years' confinement in the penitentiary.

Since his appeal was perfected, the appellant has filed written request, verified by his affidavit, asking the privilege of withdrawing his appeal. The request is granted and the appeal ordered dismissed.

### Annette JONES, Appellant, v. Ross MADOLE, Administrator of the Estate of Ida Sauerwein, Deceased, Appellee.
### No. 10752.

Court of Civil Appeals of Texas.

San Antonio.

May 22, 1940.

G. Woodson Morris and Tom H. King, both of San Antonio, for appellant.

Terrell, Davis, Hall & Clemens and A. V. Knight, all of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion. Associated Indemnity Corporation et al. v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.

### FIDELITY & GUARANTY FIRE CORPORATION, Appellant, v. Roy STUBBLEFIELD et al., Appellees.
### No. 3619.

Court of Civil Appeals of Texas. Beaumont.

Feb. 21, 1940.

Rehearing Denied May 29, 1940.

Mantooth & Denman and Ned Shands, Jr., all of Lufkin, and John Plunket and Malone, Lipscomb, White & Seay, all of Dallas, for appellant.

Collins, Williams, Hatchell & Garrison, of Lufkin, for appellees.

WALKER, Chief Justice.

This is a case of county court jurisdiction; judgment affirmed without written opinion. Texas & N. O. R. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.

Affirmed.